UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2012 SEP 10 P 1:24
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Franconia Square, LLC :
6820-B Commercial Drive
Springfield, Virginia 22151 :

    Plaintiff, :

    v. : Case No. 1:12cv1007 CMH/JFA

NOVA Petroleum Realty, LLC :
6136 Franconia Road
Alexandria, Virginia 22310 :

    Defendant. :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Rule 7.1 Disclosure Statement**

1. There is no parent corporation of Plaintiff and the ownership of Plaintiff is not held by any publicly held corporation.

Respectfully submitted,

Franconia Square, LLC, by Counsel

_/s/ Douglas E. Bywater_
Douglas E. Bywater (VSB#9137)
Tate, Bywater & Fuller, PLC
2740 Chain Bridge Road
Vienna, VA 22181
703 938-5100 Tel.
703 255-1097 Fax
debywater@tatebywater.com