UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCONIA SQUARE, LLC : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NOVA PETROLEUM REALTY, LLC : <br> : <br> Defendant. : <br> : | Case No. 1:12cv1007 <br> CMH/JFA |

*******************************************

## AMENDED
## NOTICE OF HEARING

TO CLERK OF COURT: please remove the hearing previously scheduled on Plaintiff's Motion for Preliminary Injunction from Friday, October 19, 2012 to Friday, October 26, 2012 at 10:00 a.m., or as soon thereafter as may be heard.

Respectfully submitted,

Franconia Square, LLC,
by Counsel

_____/s/_____
Douglas E. Bywater (VSB#9137)
Tate, Bywater & Fuller, PLC
2740 Chain Bridge Road
Vienna, VA 22181
703 938-5100 Tel.
703 255-1097 Fax
debywater@tatebywater.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court and sent via first class U.S. Mail, postage prepaid to:

John M. Luchak
Bassman, Mitchell & Alfano, Chartered
1707 L Street, N.W., Suite 560
Washington, DC  20036

/s/
Douglas E. Bywater