SCREEN SHOTS FROM COUNTY'S
DEPARTMENT OF PLANNING AND ZONING'S ON-LINE DATABASE
PERTAINING TO PROCESSING ZONING COMPLAINTS
RELATING TO THE PROPERTY




Home | Living Here | Doing Business | Visiting | Departments & Agencies    Search Site: [    ] Go   Advanced Search

Complaints
- Submit a Complaint
- Complaint Search

homepage > fairfax inspections database online, fido > community complaint inquiry

## Community Complaint Result

| | |
|---|---|
| Complaint # | 75475 |
| Street Address | 6136 Franconia Rd |
| Magisterial District | Lee |
| Complaint Description | Sign |
| Agency | Code Compliance |
| Status | Under Investigation |
| Opened Date | 08/23/2011 |
| Closed Date | |
| Disposition | |
| Inspector Assigned | Al Sanchez, 703-324-1300 |
| Notice of Violation and/or Corrective Work Order | Yes |
| Litigation | No |

[ Previous ]

Contact Us: General (Office of Public Affairs) | Technical (Web Administrator) | Directed Inquiries (County Agencies)
Phone: County Main Number - 703-FAIRFAX (703-324-7329), TTY 711 | County Phone Listing

ADA Accessibility | Website Accessibility
Awards | FOIA | Mobile | Using this Site | Web Disclaimer & Privacy Policy | Get Adobe Reader
Official site of the County of Fairfax, Virginia, © Copyright 2011



 Website Survey    Language Translations

 

Home | Living Here | Doing Business | Visiting | Departments & Agencies

Search Site: [    ] Go | Advanced Search

**Complaints**
Submit a Complaint
Complaint Search

homepage > fairfax inspections database online, fido > community complaint inquiry

## Community Complaint Result

| | |
|---|---|
| Complaint # | 63399 |
| Street Address | 6136 Franconia Rd |
| Magisterial District | Lee |
| Complaint Description | Non-Residential Use Permit |
| Agency | Code Compliance |
| Status | Closed |
| Opened Date | 07/27/2010 |
| Closed Date | 08/04/2010 |
| Disposition | Unfounded (No Problem Found) |
| Inspector Assigned | Wayne Bass, 703-324-1300 |
| Notice of Violation and/or Corrective Work Order | No |
| Litigation | No |

[ Previous ]

Contact Us: **General** (Office of Public Affairs) | **Technical** (Web Administrator) | **Directed Inquiries** (County Agencies)
Phone: County Main Number - 703-FAIRFAX (703-324-7329), TTY 711 | **County Phone Listing**

ADA Accessibility | Website Accessibility
Awards | FOIA | Mobile | Using this Site | Web Disclaimer & Privacy Policy | Get Adobe Reader
Official site of the County of Fairfax, Virginia, © Copyright 2011

Verizon Cybertrust Security | CERTIFIED ENTERPRISE

 Website Survey    Language Translations




Home | Living Here | Doing Business | Visiting | Departments & Agencies          Search Site: [    ] Go   Advanced Search

Complaints
- Submit a Complaint
- Complaint Search

homepage > fairfax inspections database online, fido > community complaint inquiry

## Community Complaint Result

| | |
|---|---|
| Complaint # | 35651 |
| Street Address | 6136 Franconia Rd |
| Magisterial District | |
| Complaint Description | Fcerc Fuel Pump Dispensers - Malfunctioning |
| Agency | Fire and Rescue |
| Status | Closed |
| Opened Date | 06/26/2008 |
| Closed Date | 06/26/2008 |
| Disposition | Fpd - Unfounded |
| Inspector Assigned | Not Assigned,  703-234-2126 |
| Notice of Violation and/or Corrective Work Order | No |
| Litigation | No |

[ Previous ]

Contact Us: **General** (Office of Public Affairs) | **Technical** (Web Administrator) | **Directed Inquiries** (County Agencies)
Phone: County Main Number - 703-FAIRFAX (703-324-7329), TTY 711 | **County Phone Listing**

ADA Accessibility | Website Accessibility
Awards | FOIA | Mobile | Using this Site | Web Disclaimer & Privacy Policy | Get Adobe Reader
Official site of the County of Fairfax, Virginia, © Copyright 2011

Verizon Cybertrust Security    CERTIFIED ENTERPRISE

 Website Survey          Language Translations