

MOTIVA ENTERPRISES LLC
Contracts Department
Northborough Office
12700 Northborough Drive, MS8028
Houston, TX 77067

April 2, 2009

RE: ASSIGNMENT OF DEALER INSTRUMENTS

    267870
    139431
    FRANCONIA SQUARE LLC
    6136 FRANCONIA RD
    ALEXANDRIA, VA, 22310

Dear Retailer:

Motiva Enterprises LLC ("Motiva") hereby notifies you that Motiva has assigned its interest in the Retail Facility Lease, Retail Sales Agreement and all other agreements and amendments in effect for the above referenced location (the "Dealer Instruments") effective **April 2, 2009** to **NOVA PETROLEUM SUPPLIERS LLC** ("Assignee"). Assignee has agreed to assume all of Motiva's rights and obligations under the Dealer Instruments.

For future reference, the contact information for Assignee is as follows:

    **NOVA PETROLEUM SUPPLIERS LLC**
    **Attn: Jeff Sykes**
    **68208 COMMERCIAL DRIVE**
    **SPRINGFIELD, VA 22151-4201**

Pursuant to Article 4 of the Retail Facility Lease "Lessee shall pay Lessor the rent no later than the first day of each month." Motiva will collect April's rent in its entirety. A credit will be given to the new landlord from the date of closing to April 30, 2009. Your next monthly rental payment will be due to the new landlord on May 1, 2009. Please send all rental payments to the new owner/landlord at his address above.

Yours very truly,

Shell Oil Products US
On behalf of
Motiva Enterprises LLC

Charles G. Whitlock
Supervisor Contracts and Incentives

Ntc of As

**PLAINTIFF'S EXHIBIT**

A