# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| FRANCONIA SQUARE, LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| NOVA PETROLEUM REALTY, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | Case Number: 1:12cv1007 |
| ) | CMH/JFA |
| NOVA PETROLEUM REALTY, LLC ) | |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANCONIA SQUARE, LLC ) | |
| ) | |
| Plaintiff/Counterclaim Defendant. ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION TO FILE AN AMENDED COMPLAINT

On October 18, 2012, plaintiff filed a motion for leave to file an amended complaint (Docket No. 26) in the above-captioned action. Defendant does not oppose plaintiff's motion to file said amended complaint.

Respectfully submitted,

\\John M. Luchak\\
John M. Luchak (VSB#38504)
Alphonse M. Alfano (*Pro Hac Vice*)
BASSMAN, MITCHELL & ALFANO, CHTD.
1707 L Street, NW, Ste 560
Washington, DC 20036
Tel: (202) 466-6502;  Fax: (202) 331-7510

Attorneys for Defendant Nova Petroleum Realty, LLC