IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANCONIA SQUARE, LLC, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>NOVA PETROLEUM REALTY, LLC, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:12cv1007 (CMH/JFA) |

## ORDER

Before the court is the unopposed Plaintiff's Motion to Amend Complaint (Docket no. 26) ("Motion to Amend"). Upon consideration of the motion and plaintiff's incorporated memorandum in support and defendant's reply (Docket no. 27), it is hereby

ORDERED that plaintiff's Motion to Amend is granted. It is further

ORDERED that plaintiff shall electronically file the amended complaint attached to the memorandum in support.

Entered this 22nd day of October, 2012.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia