# FACSIMILE COVER SHEET

## Vanderpool, Frostick & Nishanian, P.C.

**VF&N**

9200 CHURCH STREET
SUITE 400
MANASSAS, VIRGINIA 20110

Tel: (703) 369-4738   Fax: 369-3653
E-mail: info@vfnlaw.com

| TO: | Mr. Roland Joun |
|---|---|
| FAX PHONE: | 301-855-8380 |
| DATE: | 11-7-03 |
| FROM: | John L. McBride |
| CLIENT: | Joun |
| MATTER: | Letter to Motiva Manager |
| CLIENT NO: | |
| NO. OF PAGES: (incl. fax cover page) | 3 |

*Business and Commercial Matters*
*Civil Litigation and Arbitration*
*Condemnation and Eminent Domain*
*Construction Disputes*
*Corporations and Partnerships*
*Corporate Financing*
*Creditors Rights and Bankruptcy*
*Estate and Asset Planning*
*International Trade and Customs Law*
*Internet and Software Licensing*
*Land Use and Zoning*
*Legislative and Community Affairs*
*Mechanic's Liens*
*Personnel and Employment Matters*
*Real Estate Development and Leasing*
*Real Estate Sales and Financing*

**MESSAGE/REMARKS:**

ORIGINAL: [ X ] Will **not** follow    [   ] Will follow by U.S. Mail    [   ] Will follow by:

**CONFIDENTIALITY NOTICE:** The document(s) accompanying this Facsimile Cover Sheet contains information from the law firm of Vanderpool, Frostick & Nishanian, P.C., which is confidential and legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the document should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

*VFN STANDARD FAX COVER SHEET (May 29, 2001)*



PLAINTIFF'S EXHIBIT P

## VANDERPOOL, FROSTICK & NISHANIAN, P.C.

ATTORNEYS AT LAW
SUITE 400
9200 CHURCH STREET
MANASSAS, VIRGINIA 20110

703-369-4738
FAX 703-369-3653
E-MAIL INFO@VFNLAW.COM

November 7, 2003

Allen Girndt, Manager
Contracts Department
Motiva Enterprises, LLC
Northborough Office
12700 Northborough Drive, MS1012
Houston, TX 77067

   Re: **6136 Franconia Road**
      **Alexandria, VA 22310**
      **Franconia Shell, Inc. Lessee**

Dear Mr. Grindt:

  I have been asked by Mr. Roland Joun to respond to your letter of November 4, 2003 regarding the Franconia Shell station at the above-referenced address.

  We have been assisting Mr. Joun in preparing an application for a Special Exception Permit which is necessary to bring the site into compliance with County zoning regulations. Acceptance of this application has recently been delayed by changes to the County Zoning Ordinance that necessitated additional revisions to the application package.

  At this time, the engineer is finalizing the SE plat to conform to County comments. A Special Power of Attorney signed by Motiva is required. It is our understanding that Mr. Joun forwarded a Power of Attorney to Robert Chancey for execution on behalf of Motiva. We have not received it back. We will need this Power of Attorney form signed and returned to us in order to complete the Special Exception application. Once the Special Exception Permit application has been accepted by the County, the process will take six to nine months for review and final action by the Board of County Supervisors.

Allen Girndt, Manager
Motiva Enterprises, LLC
November 7, 2003
Page 2 of 2

---

    I hope this answers your inquiries. Should you have any questions, please contact me or my Associate, Maynard Sipe, at 703-369-4738.

                            Sincerely,

                            Vanderpool, Frostick & Nishanian, P. C.

                            John L. McBride

JLM/bdl
cc:    Roland Joun (via fax)

V:\Company\Joun, Roland\Girndt ltr 11-7-03.doc