## ** CIVIL MOTION MINUTES **

Date: 10/26/12                        Judge: Hilton
                                                          Reporter: Westfall

Time: 10:00 to 10:40

Civil Action Number: 1:12cv1007

Franconia Square, LLC vs. Nova Petroleum Realty, LLC

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Douglas Bywater | John Luchak |
| | Al Alfano |

Appearance of Counsel.

Plaintiff's [4] Motion for Preliminary Injunction – Argued and Denied.